195 So. 905

FARMERS & MERCHANTS BANK v. PENN MUTUAL LIFE INSURANCE CO.

7 Div. 590.

Supreme Court of Alabama.
May 4, 1940.

Inzer & Martin, of Gadsden, for appellant.

Benners, Burr, McKamy & Forman, of Birmingham, for appellee.

PER CURIAM.

\ppeal dismissed by agreement.